IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Frost, Jr., ) | C/A No.: 5:11-2520-JFA-KDW |
|                     Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| South Carolina Department of Corrections, ) | |
| Director Bill Byers; Levern Cohen, Warden; ) | |
| Ms. Montouth, I.G.C.; Captain Best; in their ) | |
| individual and official capacity, ) | |
| ) | |
|                     Defendants. ) | |
| ) | |
| _____ ) | |

The *pro se* plaintiff, Robert Frost, Jr., has filed a "motion of recusal" seeking to have this court precluded from "rendering any more decisions in this case." Plaintiff submits that his motion is based on the court's "inability to be impartial and a conflict of interest pursuant to judicial complaint 28 U.S.C. § 351, No. 04-12-90140."

A review of the record reveals that the underlying § 1983 action was dismissed by this court on September 12, 2013. Thereafter, the plaintiff filed a notice of appeal of that order which is presently before the Fourth Circuit Court of Appeals for consideration. There are no other pending matters involving the plaintiff before the undersigned.

The court is constrained to deny the plaintiff's motion for recusal. All of this court's dealings with the plaintiff, who is incarcerated, have been documented on paper by this court's written orders. These orders speak for themselves and the court is aware of no instances of prejudice or bias exhibiting itself in this case or any other case involving the

1

2

plaintiff.  The motion (ECF No. 160) is therefore denied.

    IT IS SO ORDERED.

January 24, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge